**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBEN DAVILA, | No. CIV S-09-1747-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| D. MEDINA, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for leave to proceed in forma pauperis (Docs. 2, 8, and 10). Plaintiff's complaint will be addressed separately.

Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). The request to proceed in forma pauperis will, therefore, be granted.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for leave to proceed in forma pauperis (Docs. 2, 8, and 10) is granted;

2.  Plaintiff is required to pay the full statutory filing fee of $350.00 for this action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

1

1  |  3. An initial partial filing fee of $10.00 will be assessed by this order
2  | pursuant to 28 U.S.C. § 1915(b)(1);
3  |  4. By separate order, the court will direct the appropriate agency to collect
4  | the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court;
5  | and
6  |  5. Thereafter, plaintiff will be obligated for monthly payments of twenty
7  | percent of the preceding month's income credited to plaintiff's inmate trust account, such
8  | payments to be forwarded by the appropriate agency to the Clerk of the Court each time the
9  | amount in plaintiff's account exceeds $10.00, until the statutory filing fee is paid in full, pursuant
10 | to 28 U.S.C. § 1915(b)(2).

DATED: July 20, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE